NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000419
03-DEC-2015
08:21 AM

NO. CAAP-15-0000419

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee
vs.
PAUL K. PIKO, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 56230)

ORDER DISMISSING THE APPEAL PURSUANT TO HRAP RULE 30
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon review of the record, it appears that:

(1) On April 14, 2015, Defendant-Appellant Paul K. Piko (Appellant), pro se, conventionally filed a notice of appeal in the underlying circuit court case, Cr. No. 56230. The notice of appeal was electronically filed to create this appeal, CAAP-15-0000419, on May 20, 2015;

(2) On July 16, 2015, the circuit court clerk filed the record on appeal, and the appellate clerk notified the parties that the statement of jurisdiction and opening brief were due on or before July 27, 2015, and August 25, 2015, respectively;

(3) Appellant obtained two extensions of time for the statement of jurisdiction and opening brief, with both documents due on or before October 5, 2015;

(4) Appellant did not file either document, or request a third extension of time;

(5) On October 14, 2015, the appellate clerk notified Appellant that the time for filing the statement of jurisdiction and opening brief had expired and, pursuant to Hawai'i Rules of Appellate Procedure Rule 30, the matter would be called to the court's attention on October 26, 2015, for such action as the court deems proper, which could include dismissal; and

(6) Thereafter, Appellant did not file the statement of jurisdiction or opening brief, or respond to the notice of default.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i,  December 3, 2015.

Chief Judge

Associate Judge

Associate Judge

-2-